UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ENGINEERS JOINT WELFARE, PENSION, SUPPLEMENTAL ) 
UNEMPLOYMENT BENEFIT AND TRAINING FUNDS, by ) **STIPULATION AND**
Daniel P. Harrigan, as Administrator; et al., ) **ORDER OF**
) **CONDITIONAL**
                              Plaintiffs, ) **DISCONTINUANCE**

- against -   )

PRECISION DIRECTIONAL DRILLING, INC. and  )
NICHOLAS TELISKA, Individually, )    Civil Action No.
)     04-CV-1252
                             Defendants. )     (NAM/GJD)

---

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned counsel, on behalf of Plaintiffs and Defendants, neither party being an infant or incompetent person, stipulate that the above captioned action shall be dismissed without prejudice to the Plaintiffs' right to reopen the case and proceed with entry of judgment if Defendants violate the terms and conditions of the Affidavit and Stipulation (Confession) for Entry of Judgment ("Stipulation") executed by Defendants on October 24, 2005.

Dated: OCTOBER 26, 2005                        Dated: December 5, 2005

MANEY, McCONVILLE                        BLITMAN & KING LLP
& LICCARDI, P.C.

By: _____                  By: _____
John Jay Bove, Esq.                              Jennifer A. Clark, Esq.
Bar Roll No. 301180                              Bar Roll No. 101356
Attorney for Defendants                      Attorneys for Plaintiffs
Office & Post Office Address                 Office & Post Office Address
77 Troy Road, Suite 4                         Franklin Center, Suite 300
East Greenbush, New York 12061        443 North Franklin Street
Telephone: (518) 477-7951                  Syracuse, New York 13204
Facsimile: (518) 477-6851                   Telephone: (315) 422-7111
e-mail: jayboveesq@aol.com               Facsimile: (315) 471-2623
                                                     e-mail: jaclark@bklawyers.com

IT IS ORDERED: _____
Honorable Norman A. Mordue
United States District Court Judge
(coll\dg\PrecisionDirDrill-Dismissal)

December 23, 2005